Michael DARE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101061

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 17, 2015

Matthew Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

### PER CURIAM.

Michael Dare appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2).